IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JERVIS COX, | § | |
| | § | |
| Defendant Below, | § | No. 235, 2020 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1207018102 (S) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: November 6, 2020
Decided: December 2, 2020

## **O R D E R**

On August 17, 2020, the Court issued a briefing schedule; the appellant's opening brief was due October 1, 2020. On October 6, 2020, the Chief Deputy Clerk sent a brief delinquency letter to the appellant. On October 21, 2020, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why his appeal should not be dismissed for his failure to file his opening brief. On October 26, 2020, the Court received the certified mail receipt indicating that the notice to show cause had been delivered. A timely response to the notice to show cause would have been due on or before November 5, 2020. The appellant has not responded to the notice to show cause, nor has he filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice